UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VICTOR LOPEZ,

                Plaintiff(s)

             25 civ 6835 (JGK)

     -against-

FARROW & BALL, INC., et al,

                Defendant(s).
----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, November 18, 2025, at 4:30pm, is cancelled.

**SO ORDERED.**

                                                            _____
                                                           JOHN G. KOELTL
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 12, 2025