```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

VICTOR LOPEZ,

          Plaintiff,

   - against -

FARROW & BALL INC.,

          Defendant.

25-cv-6835 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **December 17, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
           November 19, 2025

                                          John G. Koeltl
                                    United States District Judge